UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                  ORDER

                                                  04-CR-6004L

               v.

DERRICK GLOVER,

                              Defendant.
_____


     I deny the request to once again postpone the defendant's voluntary surrender date which is now set for Friday, March 3, 2006.  Mr. Glover pleaded guilty 20 months ago and was sentenced on October 25, 2005 to 78 months imprisonment.  The Court substantially reduced Glover's sentence from the statutory minimum 120 months imprisonment to 78 months, a reduction greater than that requested by the Government.  In light of the several firearms found, including the semi-automatic assault weapon and the narcotics, I do not foresee any circumstance that would warrant my reducing the sentence further to a sentence of probation.

     In due course, if the Government wishes to file a Rule 35 motion for more recent cooperation, I will, of course, consider it.

     IT IS SO ORDERED.


_____
DAVID G. LARIMER
United States District Judge


Dated: Rochester, New York
       February 28, 2006.