UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

                                                          DECISION AND ORDER

                                                          04-CR-6004L

                        v.

DERRICK GLOVER,

                          Defendant.
_____

       On May 19, 2006, this Court granted the Government's motion for resentencing pursuant to Rule 35, FED. R. CRIM. P. The Court reduced Glover's sentence from 78 months to 14 months, followed by 3 years of supervised release, a $500 fine and a $100 special assessment.

       By letter received July 10, 2006, Glover requests a further modification of the sentence. That request is denied and the sentence imposed on May 19, 2006 remains as imposed.

       IT IS SO ORDERED.

                                                  _____
                                                      DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       July 17, 2006.